# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 28, 2011

142674

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

                                         SC: 142674
                                         COA: 301104
                                         Midland CC: 09-004090-FC

STEVEN BAILEY MASHUE,
        Defendant-Appellant.

_____/

      On order of the Court, the application for leave to appeal the January 14, 2011 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 28, 2011                                         Clerk

p0620